IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EXPENSIFY, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19-cv-35 |
| | § | |
| WEBEXPENSES, INC. | § | |
| | § | **JURY DEMANDED** |
| Defendant. | § | |
| | § | |

# EXHIBIT B

738148v.3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sun Feb 3 05:21:02 EST 2019

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ] [ NEXT LIST ]
[ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 1 out of 4**

[ TSDR ] [ ASSIGN Status ] [ TTAB Status ] ( Use the "Back" button of the Internet Browser to return to TESS)

# Expensify This

| | |
|---|---|
| **Word Mark** | EXPENSIFY THIS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer software for automating business processes including expense reporting, expense management, itinerary management, meeting management, vendor payment management, purchasing management, sales force management, customer service, financial reporting, marketing, and preparing sales projections; Downloadable mobile applications employing optical character recognition (OCR) software for use in online personal and business process automation for sales, financial management, itinerary management, expense accounting, expense reporting and marketing; Downloadable mobile application employing optical character recognition (OCR) software for enabling data synchronization and enabling predictive analysis and communications about data including receipts relating to automation of personal and commercial business processes, namely, expense management including receipt management and itinerary management

IC 042. US 100 101. G & S: Application service provider (ASP) featuring business process automation software including including expense management, predictive analysis for expense management, itinerary management, meeting management, vendor payment management, payment processing, and predicting trends and future needs related to them; Software as a service (SAAS) services, featuring business software for expense management, inventory management, order management, procurement management, invoice management, time and expense reporting, itinerary management, customer management, and purchasing management and monitoring; Application service provider (ASP) featuring software, including use in online business process automation for sales, financial management, accounting, expense reporting, marketing, and software for use in automation of personal and commercial business processes, namely, expense management including receipt management and expense reporting |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88257162 |

| | |
|---|---|
| Filing Date | January 10, 2019 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) Expensify, Inc. CORPORATION DELAWARE 548 Market St, #61434 San Francisco CALIFORNIA 94104 |
| Attorney of Record | Michael Bosworth |
| Prior Registrations | 4229014 |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY