IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EXPENSIFY, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:19-CV-35 |
| WEBEXPENSES, INC. | § § § | **JURY DEMANDED** |
| Defendant. | § § | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 requiring nongovernmental corporate parties to (1) identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) state that there is no such corporation, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff EXPENSIFY, INC. certifies that there is no publicly held corporation owning more than 10% of Expensify's stock. The following entities own significant shares of Expensify stock: Openview Venture Partners LP, Point Judith Capital LP, and Hillsven LLC

DATED: February 3, 2019                              Respectfully submitted,

*/s/ Cabrach Connor*
Cabrach J. Connor
TX State Bar # 24036390
Cab@connorkudlaclee.com

Jennifer Tatum Lee
TX State Bar # 24046950
Jennifer@connorkudlaclee.com
Joshua G. Jones
Texas State Bar No. 24065517
josh@connorkudlaclee.com
**CONNOR KUDLAC LEE PLLC**
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Tel. (512) 777-1254


Steven C. Carlson (pro hac vice forthcoming)
scarlson@robinskaplan.com
Kevin Pasquinelli (pro hac vice forthcoming)
kpasquinelli@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W. El Camino Real
Mountain View, CA  74040
Tel. (650) 784-4002
FAX:  (650) 784-4041

**ATTORNEYS FOR PLAINTIFF EXPENSIFY, INC.**