AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**EXPENSIFY, INC.,**
*Plaintiff*

V.   Civil Action No. **6:19−CV−00035−ADA**

**WEBEXPENSES, INC.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  **Webexpenses, Inc.**
**by and through its registered agent**
**Registered Agents, Inc.**
**700 Lavaca, Suite 1401**
**Austin, TX 78701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**Cabrach J. Connor**
**Connor Kudlac Lee PLLC**
**609 Castle Ridge Road**
**Suite 450**
**Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT
**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2019−02−04 09:09:07**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:19–CV–00035–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
    _____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
    _____, a person of suitable age and discretion who resides there,
    on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
    designated by law to accept service of process on behalf of*(name of organization)*_____
    _____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
    _____
    _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                    _____
                                                       *Server's signature*

                                           _____
                                                       *Printed name and title*

                                           _____
                                                       *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____