IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EXPENSIFY, INC. | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | CIV. A. NO. 6:19-CV-35-ADA |
| WEBEXPENSES, INC. | | **JURY DEMANDED** |
| Defendant. | | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Expensify, Inc. ("Expensify") hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff voluntarily dismisses this action against Defendant *without prejudice* pursuant to Rule 41(a)(1).

Filed:  May 7, 2019                                    Respectfully submitted,

                                                       */s/ Cabrach Connor*
                                                       _____
                                                       Cabrach J. Connor
                                                       TX State Bar # 24036390
                                                       Cab@connorkudlaclee.com
                                                       Jennifer Tatum Lee
                                                       TX State Bar # 24046950
                                                       Jennifer@connorkudlaclee.com

Joshua G. Jones
Texas State Bar No. 24065517
josh@connorkudlaclee.com
**CONNOR KUDLAC LEE PLLC**
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Tel. (512) 777-1254

Steven C. Carlson
scarlson@robinskaplan.com
Kevin Pasquinelli
kpasquinelli@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W. El Camino Real
Mountain View, CA  74040
Tel. (650) 784-4002
FAX:  (650) 784-4041

**ATTORNEYS FOR PLAINTIFF EXPENSIFY, INC.**