## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| EXPENSIFY, INC.,<br>　　　　*Plaintiff* | § § § § § | |
| -vs- | § § § | **W-19-CV-00035-ADA** |
| WEBEXPENSES, INC.,<br>　　　　*Defendant* | § § § | |

## ORDER

Came on for consideration the status of the above-referenced action. On May 7, 2019,

Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice. ECF No. 6. Accordingly, the

Court **ORDERS** that the instant federal action be administratively closed. This Order is issued

solely for docket control purposes. The Clerk's Office is directed to administratively close the

above-referenced case.

SIGNED this 8th day of May, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE